ARGYLL R. PARSONS, as Executor of DEBORAH VAN NESS, Deceased, Appellant, *v.* WALLACE MACFARLANE, as Temporary Administrator of the Estate of CORNELIUS H. VAN NESS, Deceased, Respondent.

*Van Ness* v. *Ransom*, 164 App. Div. 483, affirmed.
(Argued January 17, 1917; decided February 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1915, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action commenced by the plaintiff's testatrix, Deborah Van Ness, deceased, to recover more than forty years arrears of alimony awarded to her by final judgment and decree in an action of divorce in the Supreme Court, New York county, dated May 23, 1867. No demand was shown or is even claimed to have been made from the date of the decree to the death of the husband in June, 1911. The defense was in substance a general release, executed under seal by the plaintiff and her husband on May 24, 1867, the day after the decree was signed, and the Statute of Limitations.

*Charles Blandy* and *Ralph W. Thomas* for appellant.

*Almuth C. Vandiver, Joseph F. Mulqueen, Jr.,* and *Richard C. Klugescheid* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Not voting: CARDOZO, J.